MELINDA HAAG (CABN 132612)
United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division

ROBIN M. WALL (CABN 235690)

    Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, CA  94102
    Phone:  (415) 436-7071
    Fax:  (415) 436-6748
    Robin.Wall@usdoj.gov

Attorneys for Federal Defendants

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OUR CHILDREN'S EARTH FOUNDATION, et al., | Case No.: 3:14-cv-04365-SC |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR CROSS MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| NATIONAL MARINE FISHERIES SERVICE, et al., | Hon. Samuel Conti |
| Defendants. | |

STIP. AND PROPOSED ORDER RE MSJ BRIEFING SCHEDULE
Case No.: 3:14-cv-04365-SC

WHEREAS Plaintiffs filed an Amended Complaint on October 30, 2014, and Defendants' answer or other response is due December 1, 2014;

WHEREAS Plaintiffs filed a Motion for Summary Judgment on October 31, 2014, and Plaintiffs' motion is set for hearing on December 5, 2014;

WHEREAS Defendants' opposition to Plaintiffs' motion would be due on November 14, 2014;

WHEREAS Defendants requested an extension of time to oppose Plaintiffs' motion in order to investigate and respond to the recently filed Amended Complaint and because Defendants' personnel who would be involved in drafting declarations to oppose Plaintiffs' motion have pre-planned vacations and competing work obligations;

WHEREAS the parties have been participating in ongoing settlement discussions regarding Plaintiff's pending FOIA actions; and

WHEREAS the parties have met and conferred and have agreed upon a schedule for briefing the motion for summary judgment regarding Plaintiffs' FOIA claims and Defendants' anticipated cross motion and to request that the Court vacate the December 5, 2014 hearing date.

The parties thus stipulate, subject to the Court's approval to the following:

1. On or before December 5, 2014, Defendants shall file an opposition to Plaintiffs' motion and a cross-motion for summary judgment regarding Plaintiffs' FOIA claims as a single brief of no more than 25 pages;

2. On or before December 19, 2014, Plaintiffs shall file their opposition to Defendants' motion for summary judgment and a reply in support of Plaintiffs' motion as a single brief of no more than 25 pages;

3. On or before January 2, 2015, Defendants shall file a reply in support of their cross-motion for summary judgment of no more than 15 pages.

4. The December 5, 2014 hearing for Plaintiffs' motion should be vacated, and the Court should set a new hearing date for the parties' cross motions on January 9, 2015.

STIP. AND PROPOSED ORDER RE MSJ BRIEFING SCHEDULE
Case No.: 3:14-cv-04365-SC            1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: November 10, 2014 | Respectfully submitted, |
| 3 | | MELINDA HAAG |
| 4 | | United States Attorney |
| 5 | | /s/ *Robin M. Wall* |
| 6 | | ROBIN M. WALL |
| 7 | | Assistant United States Attorney |
| | | Counsel for Defendants |

Dated: November 10, 2014          Respectfully submitted,

ENVIRONMENTAL ADVOCATES

/s/ *Patricia Weisselberg*

PATRICIA WEISSELBERG
Counsel for Plaintiffs

### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: November 19, 2014

*Judge Samuel Conti* (signature stamp, United States District Court, Northern District of California)

STIP. AND PROPOSED ORDER RE MSJ BRIEFING SCHEDULE
Case No.: 3:14-cv-04365-SC          2